IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:17cr57-RJC |
| | ) | |
| v. | ) | UNDER SEAL |
| | ) | |
| RAMON ARNEZ FULLER | ) | ORDER TO SEAL THE INDICTMENT |
| | ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an Order directing that the Bill of Indictment, Warrant, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

IT IS HEREBY ORDERED that the Bill of Indictment, Warrant, Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 23 day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE